**Juan Jose Solorio CAMACHO,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 07–73983.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Aug. 31, 2009.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Juan Jose Solorio Camacho, Phoenix, AZ, pro se.

OIL, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Le-Fevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Juan Jose Solorio Camacho, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying as untimely his motion to reconsider the underlying denial of his application for cancellation of removal.

Petitioner has waived any challenge to the BIA's order denying his motion to reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion to reconsider

was untimely. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

